## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-06646-GAF (CWx) | Date | October 25, 2010 |
|---|---|---|---|
| Title | California Ironworkers Field Pension Trust et al v. C & F Alamillo Steel et al | | |

| Present: The Honorable | GARY ALLEN FEESS, United States District Judge | |
|---|---|---|
| Renee Fisher | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS)

Defendants ANTHONY FIDEL ALAMILLO, CARRIE ANN ALAMILLO and FIDEL CABRAL ALAMILLO are ORDERED TO SHOW CAUSE, in person, on November 15, 2010 at 9:30 a.m., in Courtroom 740 of the United States District Court, located at 255 East Temple Street, Angeles, California 90012,  for their failure and refusal to obey the Court's Interlocutory Order for An Audit.

Defendants are advised that if they fail to appear at this hearing on November 15, 2010 at 9:30 a.m., the Court will reissue the Civil Warrants for the arrest and incarceration of each of the defendants.  The U.S. Marshal's office has advised the Court that it will take them approximately 2 weeks to have defendants brought before this Court; therefore, if defendants are arrested they will be in custody for at least 2 weeks.

The Court hereby RESCINDS and VACATES the prior issuance of  Bench Warrants for the arrest and incarceration of Defendants ANTHONY FIDEL ALAMILLO, CARRIE ANN ALAMILLO and FIDEL CABRAL ALAMILLO

CC: U.S. Marshal (Civil Division)

ANTHONY FIDEL ALAMILLO
CARRIE ANN ALAMILLO
FIDEL CABRAL ALAMILLO
P.O. Box 1173
Brentwood, CA 94551